UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.   CRIM. NO. 4:23-CR-00105-3

**DEANDRE WATSON,**

  **Defendant.**

### ORDER

HAVING CONSIDERED the *Motion for Disclosure of Competency Evaluation*, it is hereby

ORDERED that the Motion is:

  ✓  GRANTED. The Court will electronically send a copy of the evaluation to counsel for Watson, Mr. James Stafford, and the Government.

  _____  DENIED

Signed at Houston, Texas this the  22nd  day of  October , 2024

_____
HONORABLE GEORGE C. HANKS JR.
UNITED STATES DISTRICT JUDGE

4