## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | 4:23-CR-105 |
| MARCUS DEWANE CHRISTOPHER | § | |

### SUPPLEMENTAL CERTIFICATION OF CONSULTATION

TO THE HONORABLE JUDGE GEORGE C. HANKS, JR.:

      Defendant Marcus Christopher files this to supplement DKT #258, 259, 261 and 262 with this certification of consultation. The U.S. Attorneys have advised that they are not able to negotiate because of the Attorney General's pending determination on the death penalty and are therefore unavailable for consultation. However, they are likely opposed.

      /S/ Greg Gladden
      Greg Gladden