UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.   Case Number: 4:23−cr−00105

Shaquile O'Neal Richards
Alexandra Elizabeth Nicks

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Shaquile O'Neal Richards, Alexandra Elizabeth Nicks as set forth below.**

**Before the Honorable George C Hanks, Jr**

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/12/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Jury Trial

Date: December 29, 2025                                                                 Nathan Ochsner, Clerk