United States Courts
Southern District of Texas
FILED

*January 21, 2026*

Nathan Ochsner, Clerk of Court

## Marquis Juwan Erskin

## Factual Basis for Guilty Plea

13.    Defendant is pleading guilty because he is guilty of the charges contained in the Indictment.  If this case were to proceed to trial, the United States could prove each element of the offense beyond a reasonable doubt.  The following facts, among others would be offered to establish Defendant's guilt:

### 103-Gang

The Defendant Marquis Juwan Erskin admits that he, together with others known and unknown, were members and associates of the 103 Gang, a criminal organization whose members and associates engaged in acts involving murder and drug trafficking. The Defendant along with others conducted a drive by shooting that led to the death of S.J. and the shooting of W.F.  The shooting was planned as part of the gang war between 103-gang and its rivals.  Defendant, and other coconspirators, planned and conducted the shooting to maintain or increase their position within 103-gang.

The 103 gang, including its leadership, membership, and associates, constituted an enterprise, as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce ("the Enterprise" or "103-gang"). The Enterprise constituted an ongoing organization whose members and associates function as a continuing unit for a common purpose of achieving the objectives of the Enterprise. 103-gang, through its leaders, members, and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, acts involving murder, in violation

Marquis Juwan Erskin

of Texas state law, and offenses involving drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 846 (conspiracy to distribute and possess with intent to distribute a controlled substance).

If the case would have proceeded to trial, the Government would have proven that the 103-gang members utilized social media and direct messaging to identify themselves and to communicate, including for discussing and planning gang-related violence and other crimes. 103-gang members were expected to violently protect the name, reputation, status, and territory of the gang from rival gangs, primarily the Young Scott Block ("YSB-gang"). Additionally, 103-gang member's assisted each other in committing violent crimes by sharing weapons, obtaining stolen cars, and when arrested, providing funds for bond, attorney fees and commissary accounts. Participation in criminal activity by a member and associate, particularly violent acts directed at rival gangs or as directed by gang leadership, increased the respect accorded to that member or associate, or results in membership, maintenance, and increased position in the gang, and opened the door to promotion to a leadership position.

### October 16, 2017 Murder

On October 16, 2017, the Defendant with other members and associates of 103-gang, murdered S.J. and wounded W.F. in retaliation for a gang-related shooting against 103-gang that occurred previously. Defendant's purpose in committing the murder of S.J. was, at least in part, because it was expected of him by virtue of his association and

Marquis Juwan Erskin

membership in 103-gang and/or to maintain or increase his position in the Enterprise.

On October 16, 2017, at approximately 1:15 p.m., the Defendant and other gang members, traveling in a stolen 2007 Mazda CX7, in the 6800 block of London Street, Houston, Texas shot W.F., a rival YSB-gang member, and S.J., who was not affiliated with any gang.  While the injuries to W.F. were non-fatal, S.J. sustained multiple gunshot wounds to his torso and died at the scene. The Defendant fled the shooting scene by carjacking a Kia. The drive-by shooting was captured on video surveillance from a nearby business.  The Defendant can be seen in the footage shooting at the victims.

FBI conducted a cell site mapping analysis which showed that the Defendant was in the area of the shooting scene at the time of the murder. DNA evidence recovered from the Mazda that was used to commit the drive by shooting also showed that the Defendant was in that vehicle. A Texas Offender card belonging to the Defendant was recovered from the stolen vehicle at the scene.  Additionally, a blue backpack with a righthanded wrist brace was found in the stolen Mazda. Defendant was observed wearing a similar brace when he was arrested and a social media photo from Twitter showed the Defendant wearing the same or similar backpack to the one recovered from the stolen car.

Law enforcement reviewed numerous jail phone calls and Instagram direct messages between the codefendants which showed that the murder was, in fact, a 103-gang related retaliatory killing. In recorded jail phone calls, the Defendant admitted to being a member of the 103 gang. The recorded jail calls further revealed that 103 gang members were supposed to retaliate against the rival gang YSB.  Law enforcement

Marquis Juwan Erskin

reviewed social media accounts of known gang members.  Messages on social media showed that the gang members communicated regarding a 103-gang meeting scheduled on October 3, 2017, to discuss retaliation. Evidence from the social media showed that the gang members conspired to commit a retaliatory attack against any member of the rival YSB gang when given the opportunity.

All of the above facts occurred within the Southern District of Texas.

Full discovery was provided to the defendant for review.