UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIM. NO. 4:23-CR-00105 |
| | § | |
| MARQUIS ERSKIN, | § | |
| Defendant. | § | |

## **OPPOSED UNITED STATES MOTION IN REQUEST OF ORDER TO UNSEAL**

COMES NOW, the United States of America, by and through its United States Attorney, Nicholas J. Ganjei, and the undersigned Assistant United States Attorney, Kelly Zenón-Matos, and Department of Justice Trial Attorney, Jodi Anton, and respectfully moves this Court to unseal the record of the re-arraignment hearing of Marquis Erskin, held on July 2, 2025, and authorize the release of the transcript of said hearing. In support of this motion, the Government states as follows:

**I.   BACKGROUND**

On July 2, 2025, Markis Erskin entered an open plea of guilty to the superseding indictment, which charged him and several co-defendants with a violation of 18 U.S.C. § 924(j). The factual basis for the plea was established through a statement of facts read by the Government and subsequently admitted by Erskin.

At Erskin's request, the Court sealed the record of the re-arraignment hearing.

Erskin was sentenced on January 8, 2026. (ECF No. 374).

On January 21, 2026, Erskin testified as a defense witness in the trial of Shaquile O'Neal Richards and Alexandra Elizabeth Nicks, which resulted in a hung jury. The retrial has been scheduled for May 11, 2026. (ECF Nos. 404, 420).

On February 11, 2026, the Government filed a request to obtain the transcript of Erskin's re-arraignment hearing. (ECF No. 418).

On February 19, 2026, the Government received an email from the court reporter stating that a court order was required to disclose the transcript because the proceedings had been sealed.

## II. LEGAL STANDARD AND ARGUMENT

Pleadings—even in settled cases—are Judicial records subject to a presumption of public access. *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 140 (2d Cir. 2016). The "presumption of access" to judicial records is secured by the First Amendment and the common law. *Id.* at 141. The district court's discretion to seal the record of judicial proceedings is to be exercised carefully. *Fed. Sav. & Loan Ins. Corp. v. Blain*, 808 F.2d 395, 399 (5th Cir.1987).

Public oversight is an essential safeguard of the judicial function. It ensures accountability and maintains the public confidence upon which the legitimacy of the legal system depends. *See also United States v. Holy Land Found. For Relief & Dev.*, 624 F.3d 685, 690 (5th Cir. 2010) (the power to seal court records must be used sparingly in light of the public's right to access).

In this case, the Court granted the initial sealing at Erkin's request, not at the Government's.

Since Erskin has been sentenced, the Government sees no compelling reasons to keep the record of his re-arraignment hearing sealed. Maintaining the seal would unduly limit access to a public judicial proceeding without good cause, contravening the presumption of openness.

Furthermore, unsealing the transcript of the re-arraignment hearing would advance the interests of justice, as it would enable the Government to prepare effectively for the co-defendants' retrial, without posing any risks to the parties given the changed circumstances.

### III. CONCLUSION

For the foregoing reasons, the Government respectfully requests that this Court enter an order unsealing the record of the re-arraignment hearing held on July 2, 2025, and authorizing the release of the transcript to the Government.

### PRAYER

WHEREFORE, we ask the Court to GRANT this motion and to allow the United States to obtain the above-described sealed transcript.

Date: March 2, 2026.   Respectfully submitted, in Houston, Texas.

NICHOLAS J. GANJEI
United States Attorney

*/s/ Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
Texas Bar No. 3848388
1000 Louisiana St., Suite 2300
Houston, TX 77002 Phone: 713-567-9000
Email: kelly.zenon@usdoj.gov

*/s/ Jodi L. Anton*
Jodi L. Anton,
Trial Attorney
Department of Justice
Violent Crime and Racketeering Section (VCRS)
1301 New York Ave., NW, Suite 700, Washington, DC 20005
Florida Bar Number 184098

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered on this date to counsel of record for Marquis Erskin via the CMECF system.

By: */s/ Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas

# CERTIFICATE OF CONFERENCE

On March 2, 2026, the Government contacted defense counsel for Marquis Erskin to determine his position on the Government's request to unseal. Defense counsel expressed his opposition to the instant filing.

By: */s/ Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas