**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                         **No. 4:23-CR-00105-2**

**ALEXANDRA ELIZABETH NICKS,**
          **Defendant**


**REQUESTED VOIR DIRE QUESTIONS ON BEHALF OF ALEXANDRA NICKS**


COMES NOW, Judith Shields, attorney for Alexandra Nicks, and requests the Court

ask the venire the following questions to determine if they have a bias:


1. It is expected that rap or hip-hop lyrics may be discussed at trial. Do any of you have strong negative feelings about rap or hip-hop music, the language commonly used in that music, or the artists or listeners associated with that genre? Would those feelings make it difficult for you to listen to and fairly evaluate evidence involving that language?

2. Does anyone associate rap or hip-hop music culture with criminal activity such that they could not be fair and impartial to a defendant who participated in that music culture? Can you still give that defendant the presumption of innocence?

3. Does anyone hold any belief, opinion, or personal view about homosexuality or sexual orientation that would prevent them from being fair and impartial to a defendant? Can you still give that defendant the presumption of innocence?

4. Do any of you believe that the testimony of a law enforcement officer is automatically more credible or entitled to greater weight than the testimony of any other witness?

Respectfully submitted,

*/s/ Judith Shields*
Judith Shields
SDTX No. 424027
Texas State Bar No. 00793271
Attorney for Alexandra Nicks
10655 Six Pines. Suite 230
The Woodlands, Texas 77380
Phone: 936-703-5002
Fax: 877-900-2822
JudithShieldsAttorney@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was delivered to all counsel

of record on July 2, 2026 via ECF.

*/s/ Judith Shields*
Judith Shields