**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff** | § | |
| **v.** | § | |
| | § | **Case No: 23-CR-105 (Hanks)** |
| **SHAQUILE O'NEAL RICHARDS,** | § | |
| **a/k/a Shaquille Richards, a/k/a "Shaq,"** | § | |
| **a/k/a "103 Shaq," a/k/a "103shaq_isback,"** | § | |
| | § | |
| **ALEXANDRA ELIZABETH NICKS,** | § | |
| **a/k/a "Bloodbath," a/k/a "Alimo," a/k/a** | | |
| **"Alamo,"** | | |

_____ /

## UNITED STATES OF AMERICA'S NOTICE OF EXPERT TESTIMONY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) of its intent to introduce expert testimony in its case-in-chief at trial.

The United States intends to call the following expert at trial and hereby discloses a summary of the expert's opinions, the bases for those opinions, and the expert's qualifications:

**Name of witness: Stephanie Galioto, Quality Specialist, Houston Forensic Science Center, Harris County, Texas**

1. **Training/Qualifications:**

The statement of qualifications for Ms. Galioto is attached as an exhibit to this filing and has been provided to defense counsel. Ms. Galioto is a Quality Specialist for the Houston Forensic Science Center and has held that title since June 2021. Prior to June 2021, Ms. Galioto worked as

a Forensic Analyst in the Seized Drugs section for the Houston Forensic Science Center, formerly the Houston Police Department Crime Laboratory, beginning in February 2014.

**2. Summary of Testimony/Opinion and Basis:**

Ms. Galioto will testify that the evidence she received in the Houston Forensic Science Center relating to Forensic Case Numbers 2017-21101 (Coleman) and 2016-10387 (Watson) tested positive for the presence of cocaine. Ms. Galioto came to this conclusion after first weighing the substances and performing a visual examination. Next Ms. Galioto conducted a presumptive chemical spot test followed by a confirmatory test using gas chromatography/mass spectrometry, which confirmed that the substances in Forensic Case Numbers 2017-21101 (Coleman) and 2016-10387 (Watson) contain cocaine-- 0.21 grams and 2.15 grams respectively. Based on observations and the results of chemical testing and/or instrumental analysis, including a chemical spot test and gas chromatography/mass spectrometry, Ms. Galioto will opine the evidence submitted contains cocaine. Ms. Galioto's analysis underwent both a technical and administrative review process.

The results of these analyses are set out in Analyst Galioto's reports, which were previously produced in discovery and are attached hereto as Exhibits 1-2. The opinions the Government will elicit from Ms. Galioto are also listed in those reports. Ms. Galioto's testimony will include laboratory submission procedures, chain of custody of the evidence while at the laboratory, the description of items tested, the weighing of the items tested, the sampling of the items tested, the method of analysis and results of such analysis. Testing used in each case included chemical spot tests and gas chromatography/mass spectrometry.

Ms. Galioto's opinions are based on her training and experience, her examination of the substances at issue, and her use of the scientific tests listed above.

Ms. Galioto has previously testified as an expert in Federal Court in case numbers 4-19-CR467 in August 2019; H-4:18-cr-00630 in July 2021.  Additionally, Ms. Galioto has testified in the following cases as an expert chemist:

- 1748007 in 178th District Court, November 2024

- 1562658 in 179th District Court, May 2023

- 1637757 in 182nd District Court, November 2021

- H-4:18-cr-00630 in Federal Court, July 2021

- 1614822 in 209th District Court, February 2020

- 4-19-CR467 in Federal Court, August 2019

Ms. Galioto's report contains a complete statement of all opinions the Government will elicit from her in its case-in-chief.  Pursuant to Rule 16(a)(1)(G)(v), I. Ms. Galioto, have reviewed this summary and filing and have approved this filing by electronic signature:

Stephanie Galioto

Digitally signed by Stephanie Galioto
Date: 2026.07.01 14:54:51 -05'00'

Stephanie Galioto,
Quality Specialist
Houston Forensic Science Center

3

## CONCLUSION

Having made this disclosure, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

Respectfully submitted,

JOHN MARCK
ACTING UNITED STATES ATTORNEY

BY:    /s/ *Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas

/s/ *Jodi Anton*
Jodi Anton
Trial Attorney/AUSA
United States Attorney's Office
Southern District of Florida

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2026, I electronically filed the foregoing document, United States' Notice of Expert Testimony, with the Clerk of the Court using CM/ECF, and served the same on all defense counsel, using CM/ECF.

/s/ *Jodi Anton*
Trial Attorney/ AUSA