**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIM. NO. 4:23-CR-00105** |
| | § | |
| **SHAQUILE O'NEAL RICHARDS,** | § | |
| **a/k/a Shaquille Richards, a/k/a** | § | |
| **"Shaq," a/k/a "103 Shaq," a/k/a** | § | |
| **"103shaq_isback,"** | § | |
| | § | |
| **ALEXANDRA ELIZABETH NICKS,** | § | |
| **a/k/a "Bloodbath," a/k/a "Alimo,"** | § | |
| **a/k/a "Alamo,"** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**UNOPPOSED UNITED STATES' MOTION REQUESTING LEAVE TO PRESENT REMOTE TESTIMONY OF MEDICAL EXAMINER**

The United States of America, by and through Aaron F. Reitz, United States Attorney for the Southern District of Texas, and Kelly Zenón-Matos, Assistant United States Attorney, and Jodi Anton, Department of Justice Trial Attorney, respectfully moves this Court for an order permitting its witness, Dr. Garrett Phillips, the medical examiner who performed the autopsy in this case, to testify remotely at the upcoming retrial.

*I.      Background*

Dr. Garrett Phillips is a critical government witness whose testimony concerning the autopsy and cause of death is indispensable to the Government's case.

Dr. Phillips is currently one of the medical examiners for Bexar County in San Antonio, Texas.

Dr. Phillips is scheduled to testify during the week of July 20th on behalf of the Government.

1

This afternoon, the Government was alerted that Dr. Phillips will be the only medical examiner on call during the week of July 20th for all of Bexar County, which covers the entirety of the City of San Antonio, including the downtown area, surrounding suburbs, and large unincorporated areas within its metropolitan limits.

During the past several days, portions of Bexar County have suffered significant weather events, including flash flooding and an EF-1 tornado.

As a result, Dr. Phillips must remain in the county to provide autopsy services as required by county regulations.

II.    *Analysis*

Although the Supreme Court has described the Confrontation Clause as generally affording defendants a face-to-face encounter with witnesses before the factfinder, it has likewise emphasized that this guarantee is not absolute and may yield in appropriate circumstances. *Coy v. Iowa*, 487 U.S. 1012, 1016 (1988); *Maryland v. Craig*, 497 U.S. 836 (1990) (one-way closed-circuit testimony by a child witness may be permissible upon a case-specific finding of necessity). *See also* 18 U.S.C. § 3509 (allowing closed-circuit testimony for child victims); *United States v. Gigante*, 166 F.3d 75, 80 (2d Cir. 1999) (remote testimony permitted when the witness could not appear due to serious illness).

The Government asserts that the weather emergency affecting Bexar County constitutes an extraordinary circumstance justifying the remote testimony of Dr. Phillips at trial.

**Finally, both defendants were consulted on July 16, 2026, and expressed no opposition to Dr. Phillips's testimony via Zoom or other remote connection during the week of July 20, 2026.**

**PRAYER**

WHEREFORE, we ask the Court to GRANT this motion and allow the United States to present the testimony of Dr. Garrett Phillips via remote connection.

Respectfully submitted, in Houston, Texas, this July 16, 2026.


AARON F. REITZ
United States Attorney


***/s/ Kelly Zenón-Matos***
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
Texas Bar No. 3848388
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000
Email: kelly.zenon@usdoj.gov


***/s/ Jodi L. Anton***
Jodi L. Anton,
Trial Attorney
Department of Justice
Violent Crime and Racketeering Section (VCRS)
1301 New York Ave., NW, Suite 700, Washington, DC 20005
Florida Bar Number 184098
Email: jodi.anton@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered to counsel for the defendants as listed via e-filing on Thursday, July 16, 2026.

By: */s/ Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas

## CERTIFICATE OF CONFERENCE

On July 16, 2026, the undersigned prosecutor sent a copy of this motion to defense counsels to inquire about their position. Both expressed no opposition to the motion.

By: */s/ Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas