**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus* Case Number: 4:23−cr−00105

Deandre Watson

---

**Notice of Resetting**

**A proceeding has been reset in this case as to Deandre Watson as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
United States District Court
515 Rusk Street
Houston, TX 77002
**DATE:** 9/2/2026

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Sentencing

---

Date: July 28, 2026 Nathan Ochsner, Clerk